IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KIRK ROBINSON, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:19CV299 |
| v. | ) | |
| | ) | **MEMORANDUM** |
| RANDY FAIR, Keith County Attorney, and JEFF STEVENS, Keith County Sheriff, | ) | **AND ORDER** |
| Defendants. | ) | |

Plaintiff has sent a letter to the court indicating that he has not received mail from the court in this case since July 10, 2019. (Filing No. 13 at CM/ECF p. 2.) On July 23, 2019, the court filed a Memorandum and Order (Filing No. 10) granting Plaintiff's Motion for Leave to Proceed In Forma Pauperis and ordering Plaintiff to pay an initial partial filing fee of $5.32 within 30 days, after which initial review of Plaintiff's Complaint will occur. I shall order the Clerk of Court to mail this Memorandum and Order to Plaintiff at his new address at the Lincoln Diagnostic & Evaluation Center.

The court notes that Plaintiff has filed numerous Motions to Amend the Complaint (Filing Nos. 7, 8, 11), as well as letters requesting that certain incidents be included in his Complaint (Filing Nos. 13, 14). Until Plaintiff pays his initial partial filing fee, the court cannot conduct initial review of the Complaint, at which time the court will determine if Plaintiff's case may proceed. If the case is allowed to proceed further, Plaintiff may be ordered to file an amended complaint that can incorporate the subjects mentioned in Plaintiff's Motions to Amend and letters to the court. But at this early stage, Plaintiff's Motions are premature and shall be denied without prejudice to assertion at a later time should Plaintiff's case be permitted to progress.

IT IS ORDERED:

1. The Clerk of Court shall mail a copy of Filing No. 10 to Plaintiff at the Lincoln Diagnostic & Evaluation Center, which is Plaintiff's current address of record.

2. Plaintiff shall pay an initial partial filing fee of $5.32 on or before August 22, 2019, as directed in Filing No. 10.

3. Plaintiff's Motions to Amend the Complaint (Filing Nos. 7, 8, 11) are premature and are denied without prejudice to reassertion should Plaintiff's case be permitted to proceed after initial review of Plaintiff's Complaint.

4. Plaintiff is advised to stop filing Motions to Amend the Complaint and letters requesting the same until the court has conducted initial review of the Complaint and has ruled that this case may progress.

DATED this 30th day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge