IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KIRK ROBINSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:19CV299 |
| | ) | |
| v. | ) | |
| | ) | |
| RANDY FAIR, Keith County Attorney, and JEFF STEVENS, Keith County Sheriff, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed another Motion to Amend (Filing No. 17). As stated in the court's July 30, 2019, order (Filing No. 15):

> Until Plaintiff pays his initial partial filing fee, the court cannot conduct initial review of the Complaint, at which time the court will determine if Plaintiff's case may proceed. If the case is allowed to proceed further, Plaintiff may be ordered to file an amended complaint that can incorporate the subjects mentioned in Plaintiff's Motions to Amend and letters to the court. But at this early stage, Plaintiff's Motions are premature and shall be denied without prejudice to assertion at a later time should Plaintiff's case be permitted to progress.

Accordingly,

IT IS ORDERED that Plaintiff's Motion to Amend (Filing No. 17) is premature and is denied without prejudice to reassertion should Plaintiff's case be permitted to proceed after Plaintiff pays his initial partial filing fee and after the court conducts initial review of Plaintiff's Complaint.

DATED this 5th day of August, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge